1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

14

15 ACTUATE CORPORATION, a California corporation,

16 Plaintiff,

17

18 v.

19 FIDELITY NATIONAL INFORMATION SERVICES, INC. dba FIS GLOBAL, a Georgia

20 corporation, and DOES 1 through 10,

21 Defendants.

22

23

24

25

26

27

28

CASE NO.: No. C 14-02274 RS
Judge:  Hon. Richard Seeborg

~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE**

(*Joint Stipulation Filed Concurrently Herewith*)

1   **[~~PROPOSED~~] ORDER**

2      Having considered Plaintiff Actuate Corporation ("Plaintiff") and Defendant Fidelity

3  National Information Services, Inc.'s ("FNIS") Stipulation of Dismissal, and good cause existing

4  therefor,

5      IT IS HEREBY ORDERED that all claims asserted in this action against all defendants,

6  including the fictitiously named defendants, are dismissed with prejudice with each party to bear

7  its own costs and attorneys' fees.  The Court shall retain jurisdiction to enforce the parties'

8  Settlement Agreement.

9      **IT IS SO ORDERED.**

10

11  DATED: 1/16/2015

12  _____
    THE HONORABLE RICHARD SEEBORG

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE